STATE OF NEW JERSEY v. LLENWOOD THOMAS, JR.

February 7, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWIN ANTONIO PINEDA.

February 7, 1989.

Petition for certification granted.   (See 227 *N.J.Super.* 245)

STATE OF NEW JERSEY v. NELSON COLE.

February 7, 1989.

Petition for certification granted.

STATE OF NEW JERSEY v. WARREN EUGENE FOREMAN.

February 7, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. RODNEY BATES.

February 7, 1989.

Petition for certification denied.